# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 20-10141-aih |
| Bruno M. Zulijani, Jr.<br>Stephanie C. Zulijani | Chapter 13 |
| Debtor. | Judge Arthur I. Harris |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on March 18, 2020, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Melissa L. Resar, Debtors' Counsel
mresar@ohiolegalclinic.com

Lauren A. Helbling, Trustee
ch13trustee@ch13cleve.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Bruno M. Zulijani, Jr., Debtor
20561 Goller Avenue
Euclid, OH 44119

Stephanie C. Zulijani, Debtor
20561 Goller Avenue
Euclid, OH 44119

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor